LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MILISIA ANN LOWE, | No. EDCV 12-1923 JC |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner Of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND NINE HUNDRED FOUR DOLLARS AND 34/100 ($3,904.34) subject to the terms of the stipulation.

DATE: May 17, 2013

_____/s/_____
HON. JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Ms. Colvin was appointed Acting Commissioner by President Obama on February 14, 2013, and is substituted as a party defendant in this case in accordance with Fed. R. Civ. P. 25(d).